UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR53 |
| | ) | |
| v. | ) | |
| | ) | |
| OSWALDO GONZALEZ-DURAN, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

      This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 41). The Court has reviewed the record in this case and finds as follows:

      1. On September 23, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in $128.00 in United States currency and a 1996 Blazer were forfeited to the United States.

      2. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 29, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 3, 2008 (Filing No. 40).

      3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $128.00 in United States currency and the 1996 Blazer, held by any person or entity, is hereby forever barred and foreclosed.

C. The $128.00 in United States currency and the 1996 Blazer, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 8th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court